**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**ALBANY DIVISION**

---

GAIL COLLINS, DEAN DEVITO, MICHAEL LAMOUREUX,
AND SCOTT LOBDELL INDIVIDUALLY, ON BEHALF OF THE
NORTHEAST GROCERY, INC. 401(K) SAVINGS PLAN AND ON
BEHALF OF ALL SIMILARLY SITUATED PARTICIPANTS AND
BENEFICIARIES OF THE PLAN,

                                        PLAINTIFFS,                    **NOTICE OF MOTION**

        V.
                                                                       Civil Action No.
                                                                       5:24-CV-00080 (DNH/MJK)
NORTHEAST GROCERY, INC.; THE ADMINISTRATIVE
COMMITTEE OF THE NORTHEAST GROCERY, INC. 401(K)
SAVINGS PLAN; JOHN AND JANE DOES 1-30 IN THEIR
CAPACITIES AS MEMBERS OF THE ADMINISTRATIVE
COMMITTEE,

                                        DEFENDANTS.

---

**PLEASE TAKE NOTICE** that upon the attached Declaration of Erika N.D. Stanat, dated March 4, 2024, and supporting Memorandum of Law, dated March 4, 2024, together with all exhibits thereto, Defendants Northeast Grocery, Inc., The Administrative Committee of the Northeast Grocery, Inc. 401(k) Savings Plan, and John and Jane Does 1-30 in their capacities as members of the Administrative Committee, will move this Court before the Honorable David N. Hurd, in the United States District Court, Northern District of New York, 10 Broad Street, Utica, New York 13501, on a date and time to be determined by the Court, for an Order pursuant to Rule 12(b) of the Federal Rules of Civil Procedure, dismissing Plaintiffs' Complaint (Dkt. 1) in its entirety for failure to state a claim upon which relief can be granted.

2

Dated: March 4, 2024
Buffalo, New York

Harter Secrest & Emery LLP

By: /s/ Erika N.D. Stanat

Erika N.D. Stanat, Esq.
*Attorneys for Defendants Northeast Grocery, Inc.; The Administrative Committee of the Northeast Grocery, Inc. 401(k) Savings Plan; John and Jane Does 1-30 in their capacities as members of the Administrative Committee*
1600 Bausch and Lomb Place
Rochester, NY 14604-2711
Telephone:  585.231.1161
Email:  estanat@hselaw.com

To:  Peter W. Till, Esq.
Law Offices of Peter W. Till
*Attorneys for Plaintiffs*
105 Morris Avenue
Springfield Township, NJ 07081
Email:  pwt@till-law.com
Telephone:  (973) 258-0064

Paul J. Sharman, Esq.
*Attorneys for Plaintiffs*
The Sharman Law Firm LLC
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022
Email:  paul@sharman-law.com
Telephone:  (678) 802-2129

2